1 | TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
2 | TALI L. ALBAN (Bar # 233694)
ROBERT D. TADLOCK (Bar # 238479)
3 | Two Embarcadero Center, 8th Floor
San Francisco, California  94111
4 | Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
5 | E-mail:   gsgilchrist@townsend.com; tlalban@townsend.com;        *E-FILED - 9/22/10*
              rtadlock@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation, | Case No. CV 10 2727 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| TRADEWINDS TEXTILES, INC., a Massachusetts corporation, TUESDAY MORNING CORP., a Texas corporation, | |
| Defendants. | |

Pursuant to Civil L.R. 16-2(d) and (e) and 7-12, Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendants Tradewinds Textiles, Inc. ("Tradewinds") and Tuesday Morning Corp. ("Tuesday Morning") stipulate to, and request an Order, revising the Case Management Schedule.

**STIPULATION**

WSI filed this action on June 22, 2010;

Under the current Case Management Schedule, by September 10, 2010 the Parties must meet and confer regarding initial disclosures, early settlement, and discovery plan; file ADR certification signed by Parties and Counsel; file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

Counsel for all Parties have made significant progress toward resolving the dispute and believe

1  it is likely a complete resolution will be reached by October 1, 2010;

2      Counsel for the Parties have conferred and agree that continuing the current Case Management

3  Conference scheduled for October 1, 2010 (Dkt. No. 8), the associated deadlines and the

4  accompanying ADR schedule will facilitate resolution of this matter;

5      ACCORDINGLY, the Parties hereby stipulate to a proposed revised case management

6  schedule continuing the Case Management Conference currently scheduled for October 1, 2010 until

7  November 5, 2010 or as soon thereafter as the Court's schedule permits.  This stipulation does not

8  require any other changes in the case schedule.

9  DATED:  September 10, 2010    By: /s/ Robert D. Tadlock
                                          Robert D. Tadlock
10                                         TOWNSEND AND TOWNSEND AND CREW LLP

11                                         Attorneys for Plaintiff
                                           WILLIAMS-SONOMA, INC.
12

13 DATED:  September 10, 2010    By: /s/ Perry J. Narancic
                                           Perry J. Narancic
14

15                                         Attorneys for Defendant
                                           TRADEWINDS TEXTILES, INC.
16

17 DATED:  September 10, 2010    By: /s/ Parker D. Young
                                           Parker D. Young

18                                         Attorneys for Defendant
                                           TUESDAY MORNING, CORP.
19

20                       SIGNATURE ATTESTATION

21     Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the

22  concurrence in the filing of this document from all the signatories for whom a signature is

23  indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records

24  to support this concurrence for subsequent production for the court if so ordered or for inspection

25  upon request.

26  Dated: September 10, 2010    By: /s/ Robert D. Tadlock
                                          Robert D. Tadlock
27                                         TOWNSEND AND TOWNSEND AND CREW LLP

28                                         Attorneys for Plaintiff, WILLIAMS-SONOMA, INC.

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED

9/22/10
DATE

_Ronald M. Whyte_
THE HON. RONALD M. WHYTE