1  TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)

2  TALI L. ALBAN (Bar # 233694)
ROBERT D. TADLOCK (Bar # 238479)

3  Two Embarcadero Center, 8th Floor
San Francisco, California  94111

4  Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

5  E-mail:  gsgilchrist@townsend.com; tlalban@townsend.com;                  *E-FILED - 11/4/10*
          rtadlock@townsend.com

6

7  Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11  WILLIAMS-SONOMA, INC., a California          Case No. CV 10 2727 RMW
    corporation,

12                                              **NOTICE OF TENTATIVE**
                    Plaintiff,                  **SETTLEMENT AND STIPULATION**

13                                              **AND [] ORDER FOR**
              v.                                **RELIEF FROM CASE**

14                                              **MANAGEMENT SCHEDULE**
    TRADEWINDS TEXTILES, INC., a

15  Massachusetts corporation, TUESDAY
    MORNING CORP., a Texas corporation,

16
                    Defendants.

17

18

19        Pursuant to Civil L.R. 16-2(d) and (e) and 7-12, Plaintiff Williams-Sonoma, Inc. ("WSI") and

20  Defendants Tradewinds Textiles, Inc. ("Tradewinds") and Tuesday Morning Corp. ("Tuesday

21  Morning") stipulate to, and request an Order, revising the Case Management Schedule.

22                                    **STIPULATION**

23        WSI filed this action on June 22, 2010;

24        Under the current Case Management Schedule, Case Management Conference Statements are

25  due October 29, 2010 and an Initial Case Management Conference is scheduled for November 5,

26  2010;

27        The Parties have agreed in principle to the terms of a Settlement Agreement that requires the

28  Parties to file a Stipulation to Final Judgment and Permanent Injunction and a [Proposed] Judgment

1   within ten (10) days after full execution of the Settlement Agreement and a Stipulation of Dismissal of

2   all other claims pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) within five (5) days after

3   full execution of the Settlement Agreement;

4        Counsel for all Parties have conferred and support this request for relief;

5        ACCORDINGLY, the Parties hereby stipulate to a proposed revised case management

6   schedule continuing the Case Management Conference currently scheduled for November 5, 2010

7   until November 26, 2010 or as soon thereafter as the Court's schedule permits.  This stipulation does

8   not require any other changes in the case schedule.

9

10   DATED:  October 29, 2010      By: /s/ Robert D. Tadlock

11                       Robert D. Tadlock
                         TOWNSEND AND TOWNSEND AND CREW LLP

12                       Attorneys for Plaintiff
                         WILLIAMS-SONOMA, INC.

13

14   DATED:  October 29, 2010      By: /s/ Perry J. Narancic

15                       Perry J. Narancic

16                       Attorneys for Defendant
                         TRADEWINDS TEXTILES, INC.

17

18   DATED:  October 29, 2010      By: /s/ Parker D. Young
                      Parker D. Young

19                       Attorneys for Defendant

20                       TUESDAY MORNING, CORP.

21

22

23

24

25

26

27

28

NOTICE OF TENTATIVE SETTLEMENT AND STIPULATION AND [] ORDER FOR RELIEF FROM CASE MANAGEMENT
SCHEDULE
Case No. CV 10 2727 RMW

2

1

<u>SIGNATURE ATTESTATION</u>

2        Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the

3  concurrence in the filing of this document from all the signatories for whom a signature is

4  indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records

5  to support this concurrence for subsequent production for the court if so ordered or for inspection

6  upon request.

7  Dated: October 29, 2010         By: <u>/s/ Robert D. Tadlock</u>

8                                  Robert D. Tadlock
                                   TOWNSEND AND TOWNSEND AND CREW LLP

9                        Attorneys for Plaintiff, WILLIAMS-SONOMA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

PURSUANT TO STIPULATION IT IS SO ORDERED

3

**The Court continues the Case Management Conference to December 3, 2010 @ 10:30 a.m.**

4

  11/4/10

*Ronald M. Whyte*

DATE

THE HON. RONALD M. WHYTE

5

UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF TENTATIVE SETTLEMENT AND STIPULATION AND  ORDER FOR RELIEF FROM CASE MANAGEMENT

SCHEDULE

4

Case No. CV 10 2727 RMW