1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  TALI L. ALBAN (Bar # 233694)
   ROBERT D. TADLOCK (Bar # 238479)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111                    *E-FILED - 12/2/10*
4  Telephone:  (415) 576-0200
   Facsimile:   (415) 576-0300
5  E-mail:  gsgilchrist@townsend.com; tlalban@townsend.com;
            rtadlock@townsend.com
6
   Attorneys for Plaintiff
7  WILLIAMS-SONOMA, INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11 WILLIAMS-SONOMA, INC., a California          Case No. CV 10 2727 RMW
   corporation,
12                                              NOTICE OF SETTLEMENT AND
                    Plaintiff,                  STIPULATION AND []
13                                              ORDER FOR RELIEF FROM CASE
        v.                                      MANAGEMENT SCHEDULE
14
   TRADEWINDS TEXTILES, INC., a
15 Massachusetts corporation, TUESDAY
   MORNING CORP., a Texas corporation,
16
                    Defendants.
17

18

19        Pursuant to Civil L.R. 16-2(d) and (e) and 7-12, Plaintiff Williams-Sonoma, Inc. ("WSI") and

20 Defendants Tradewinds Textiles, Inc. ("Tradewinds") and Tuesday Morning Corp. ("Tuesday

21 Morning") stipulate to, and request an Order, revising the Case Management Schedule.

22                              **STIPULATION**

23        WSI filed this action on June 22, 2010;

24        Under the current Case Management Schedule, Case Management Conference Statements

25 were due November 29, 2010 and an Initial Case Management Conference is scheduled for December

26 3, 2010;

27        The Parties have agreed to the terms of a Settlement Agreement that requires the Parties to file

28 a Stipulation to Final Judgment and Permanent Injunction and a [Proposed] Judgment within ten (10)

1   days after full execution of the Settlement Agreement and a Stipulation of Dismissal of all other

2   claims pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) within five (5) days after full

3   execution of the Settlement Agreement;

4           The above-mentioned documents will be filed as soon as the payment called for in the

5   settlement agreement is received and processed;

6           Counsel for all Parties have conferred and support this request for relief;

7           ACCORDINGLY, the Parties hereby stipulate to a proposed revised case management

8   schedule continuing the Case Management Conference currently scheduled for December 3, 2010

9   until January 7, 2011 or as soon thereafter as the Court's schedule permits.  This stipulation does not

10  require any other changes in the case schedule.

11

12  DATED:  December 1, 2010          By: */s/* Robert D. Tadlock
13                                         Robert D. Tadlock
                                           TOWNSEND AND TOWNSEND AND CREW LLP
14
                                           Attorneys for Plaintiff
15                                         WILLIAMS-SONOMA, INC.

16  DATED:  December 1, 2010          By: */s/* Perry J. Narancic
17                                         Perry J. Narancic

18                                         Attorneys for Defendant
                                           TRADEWINDS TEXTILES, INC.
19
20  DATED:  December 1, 2010          By: */s/* Parker D. Young
                                           Parker D. Young
21
                                           Attorneys for Defendant
22                                         TUESDAY MORNING, CORP.

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND STIPULATION AND [] ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

Case No. CV 10 2727 RMW

1
2
3
4
5
6
7
8
9

<u>SIGNATURE ATTESTATION</u>

10
11

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the

concurrence in the filing of this document from all the signatories for whom a signature is

12
13

indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records

to support this concurrence for subsequent production for the court if so ordered or for inspection

14

upon request.

15

Dated: December1, 2010                    By: <u>/s/ Robert D. Tadlock</u>

16

Robert D. Tadlock
TOWNSEND AND TOWNSEND AND CREW LLP

17

Attorneys for Plaintiff, WILLIAMS-SONOMA, INC.

18
19
20
21
22
23
24
25
26
27
28

1

<u>**ORDER**</u>

2

PURSUANT TO STIPULATION IT IS SO ORDERED

3

4

  12/2/10
—————————————
5

DATE

THE HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28