TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
TALI L. ALBAN (State Bar No. 233694)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com
       tlalban@townsend.com
       rdtadlock@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

*E-FILED - 12/22/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRADEWINDS TEXTILES, INC., a Massachusetts corporation, TUESDAY MORNING CORP., a Texas corporation., <br><br> Defendants. | Case No. CV-10-2727 RMW <br><br> **[] ORDER AND STIPULATED DISMISSAL** <br><br> Complaint Filed: June 22, 2010 |

### [] Order and Stipulated Dismissal

Whereas the parties hereto have reached a settlement to the present action,

IT IS HEREBY STIPULATED by and between the parties through their designated counsel as follows:

1. With the exception of the claims addressed in the Stipulated Judgment between Plaintiff Williams-Sonoma, Inc., and Defendant Tradewinds Textiles, Inc., all other remaining claims asserted by Plaintiff Williams-Sonoma, Inc., against Defendant Tradewinds Textiles, Inc. in this action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure

1 | 41(a)(1)(A)(ii).

2 |   2. All claims asserted by Plaintiff Williams-Sonoma, Inc., against Defendant Tuesday Morning Corp. in this action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  3. All crossclaims asserted by and between Defendants Tradewinds Textiles, Inc. and Tuesday Morning Corp. against each other in this action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c).

  4. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

  5. The parties shall bear their own costs, expenses and attorneys' fees in accordance with the terms of the parties' settlement agreement.

IT IS SO STIPULATED.

Dated: December 20, 2010   TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Robert D. Tadlock
   Robert D. Tadlock

Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

NARANCIC & KATZMAN, P.C.

Dated: December 20, 2010   By: /s/ Perry J. Narncic
   Perry J. Narancic

325 Sharon Park Drive, #736
Menlo Park, CA 94025
(202) 408-4000

Attorneys for Defendant
TRADEWINDS TEXTILES, INC.

| | |
|---|---|
| 1 | FIGARI & DAVENPORT, L.L.P.. |
| 2 | Dated: December 20, 2010    By: /s/ Parker D. Young |

Parker D. Young

3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Shawn T. Leuthold
Law Office of Shawn T. Leuthold
1671 The Alameda #303
San Jose, California 95126
 (408) 924-0132

Attorneys for Defendant
TUESDAY MORNING CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/22/10

*Ronald M. Whyte*

Ronald M. Whyte
United States District Judge

62978790 v1